Claire J. LEE, Plaintiff-Appellant

v.

HENNEPIN COUNTY; Hennepin Healthcare System, Inc., doing business as Hennepin County Medical Center, Defendants-Appellees

No. 15-3856

United States Court of Appeals, Eighth Circuit.

Submitted: March 3, 2017

Filed: March 8, 2017

Claire J. Lee, Pro Se

Michael Boerner Miller, Hennepin County Attorney's Office, Minneapolis, MN, for Defendants-Appellees

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Claire J. Lee appeals the district court's[1] adverse grant of summary judgment in her action under the Emergency Medical Treatment and Active Labor Act (EMTALA).[2] Viewing the summary judg-

---

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Hildy Bowbeer, United States Magistrate Judge for the District of Minnesota.

2. Lee raised other claims under federal and state law which she has abandoned. See Hess v. Ables, 714 F.3d 1048, 1051 n.2 (8th Cir. 2013) (claim is abandoned where appellant fails to brief this court on why dismissal was improper).

ment record in a light most favorable to Lee, and drawing all inferences in her favor, we conclude that the grant of summary judgment to defendants was warranted. See Star City Sch. Dist. v. ACI Bldg. Sys., LLC, 844 F.3d 1011, 1017 (8th Cir. 2017) (de novo review); Hunt ex rel. Hunt v. Lincoln County Mem'l Hosp., 317 F.3d 891, 893 n.4 (8th Cir. 2003) (elements of EMTALA claim). We find no merit to Lee's arguments concerning discovery and unfair treatment by the magistrate judge. Accordingly, we affirm the judgment, and we also deny Lee's motion for sanctions.